| DISTRICT COURT, LARIMER COUNTY, COLORADO | |
|---|---|
| Court Address:   201 Laporte Avenue, #100<br>                       Fort Collins, CO 80521<br>Phone Number:   (970) 494-3500 | DATE FILED: May 6, 2020 12:12 PM<br>FILING ID: 57BA72053349E<br>CASE NUMBER: 2020CV30322 |
| Plaintiff:<br>ILLUMINATED EXTRACTORS LTD., a Colorado limited liability company,<br><br>v.<br><br>Defendants: NT VENTURES, INC., a California corporation and ANP HOLDINGS, INC., a Delaware corporation | Court Use Only<br>▲                            ▲ |
| | Case Number: |
| Tracy A. Oldemeyer Atty. Reg. #: 28246<br>CLINE WILLIAMS<br>  WRIGHT JOHNSON & OLDFATHER, L.L.P.<br>215 Mathews Street, Suite 300<br>Fort Collins, CO 80524<br>Phone Number: (970) 221-2637<br>Fax Number:     (970) 221-2638<br>E-mail:       toldemeyer@clinewilliams.com | Div.:          Ctrm: |
| **COMPLAINT** | |

COMES NOW Plaintiff Illuminated Extractors Ltd. ("Plaintiff" or "Illuminated Extractors") pursuant to C.R.C.P. 8 and 9 and in support of its claims against Defendants NT Ventures, Inc. ("NT Ventures") and ANP Holdings, Inc. ("ANP Holdings"), referred to collectively as Defendants, and hereby states and alleges as follows:

## The Parties

1.      Illuminated Extractors is a Colorado limited liability company whose principal place of business is in Larimer County, Colorado.

2.      NT Ventures is a California corporation with a principal place of business in San Mateo County, California.

**EXHIBIT A-1 000001**

3.     ANP Holdings is a Delaware corporation with a principal place of business in San Mateo County, California.

4.     Defendants do business together and, upon information and belief, have officers, directors, employees or representatives in common.

## Jurisdiction and Venue

5.     Jurisdiction is proper in this district court under Colo. Const. art. 6 § 9.

6.     The district court has jurisdiction over Defendants under C.R.S. § 13-1-124.

7.     Venue is proper under C.R.C.P. 98(c) because Illuminated Extractors resides in this county, a portion of the contracts at issue were to be performed in this county, and one or more of the contracts at issue contain a venue or forum selection clause designating this county.

## Facts Giving Rise to the Claims

8.     Illuminated Extractors manufactures equipment for sale or lease.

9.     Illuminated Extractors also provides consulting services.

10.    On June 12, 2019, NT Ventures entered into a contract with Illuminated Extractors, as further detailed below.  On October 7, 2019, NT Ventures also entered into a Consulting Services Contract with Illuminated Extractors.

11.    On July 3, 2019, ANP Holdings entered into a contract with Illuminated Extractors, as further detailed below.

12.    Each of the contracts was supported by sufficient consideration.

**EXHIBIT A-1 000002**

13.     Illuminated Extractors fully performed under each contract.

14.     Illuminated Extractors satisfied any and all conditions precedent.

15.     NT Ventures failed to perform and is in material breach of the contract to which it is a party due to its non-payment of Illuminated Extractors' invoices as detailed below, which reflect amounts due and owing for equipment delivered and accepted, services rendered, or reimbursable expenses incurred. As a result, Illuminated Extractors properly exercised its rights under paragraph 8.

16.     ANP Holdings failed to perform and is in material breach of the contract to which it is a party due to its non-payment of Illuminated Extractors' invoices as detailed below, which reflect amounts due and owing for equipment delivered and accepted.

17.     Illuminated Extractors has suffered and will continue to suffer injury and damage as a result of Defendants' breaches of the contracts.

**FIRST CLAIM FOR RELIEF**
**Breach of Contract – Purchase Agreement – NT Ventures**

18.     Illuminated Extractors restates and incorporates by reference the allegations contained in all previous paragraphs as though fully set forth herein.

19.     On June 12, 2019, NT Ventures entered into a Purchase Agreement to purchase a Behemoth Pro Model Extractor and GD-1 solvent recovery systems ("the Product").

20.     The purchase price was $673,400.00, plus shipping and handling and local taxes at the delivery address.

21.     In addition, NT Ventures was to make payment for training and

3

**EXHIBIT A-1 000003**

reimbursable expenses as set forth on Exhibit B to the Purchase Agreement.

22.     Illuminated Extractors shipped the Product on October 23, 2019, and the Product was delivered on October 25, 2019.

23.     NT Ventures accepted the Product.

24.     Illuminated Extractors provided the training and incurred reimbursable expenses as set forth on Exhibit B to the Purchase Agreement.

25.     Illuminated Extractors properly invoiced NT Ventures as follows:

| Date | Invoice No. | Amount |
|------|-------------|--------|
| 06/11/2019 | 289 | $222,222.00 |
| 07/11/2019 | 290 | $222,222.00 |
| 10/23/2019 | 291 | $267,588.23 |
| 11/14/2019 | 326 | $10,427.72 |
| 11/14/20109 | 327 | $8,853.92 |
| 01/30/2020 | 334 | $13,265.95 |
| 03/05/2020 | 346 | $23,731.44 |

26.     NT Ventures account became past due as follows:

| Date | Invoice No. | Amount |
|------|-------------|--------|
| 10/23/2019 | 291 | $41,542.15 |
| 01/30/2020 | 334 | $13,265.95 |
| 03/05/2020 | 346 | $23,731.44 |

27.     Illuminated Extractors has sustained damages as described above

**EXHIBIT A-1 000004**

in the total unpaid amount overdue of $78,539.54.

28.    Under Paragraph 8 of the Purchase Agreement, Illuminated Extractors is also entitled to recover from NT Ventures all costs, fees, and expenses incurred to enforce its rights hereunder, including court costs and legal fees.

WHEREFORE, as to this Claim for Relief, Illuminated Extractors seeks an award of damages and the additional relief as applicable, set forth in its Prayer for Relief at the end of this Complaint, against NT Ventures.

**SECOND CLAIM FOR RELIEF**
**Breach of Contract – Equipment Lease Agreement – ANP Holdings**

29.    Illuminated Extractors restates and incorporates by reference the allegations contained in all previous paragraphs as though fully set forth herein.

30.    On July 3, 2019, ANP Holdings entered into an Equipment Lease Agreement.

31.    The Equipment Lease Agreement related to an E-4k Pro Model Extractor and related equipment, which Illuminated Extractors delivered to ANP Holdings.

32.    The Equipment Lease Agreement was for a term of 24 months.

33.    ANP Holdings was to provide a security deposit of $15,000.00 to secure its obligations under the Equipment Lease Agreement, to pay for shipping, and also to make twenty four (24) monthly payments of $1,857.67 plus sales tax per month, or a total of $47,064.00.

34.    Illuminated Extractors properly invoiced ANP Holdings as follows:

5

| Date | Invoice No. | Amount |
|------|-------------|--------|
| 01/01/2020 | 331 | $1,961.00 |
| 02/01/2020 | 335 | $1,961.00 |
| 03/01/2020 | 340 | $1,961.00 |
| 03/10/2020 | 341 | $1,340.84 |
| 04/01/2020 | 342 | $1,961.00 |
| 05/01/2020 | 345 | $1,961.00 |

35.    ANP Holdings paid the security deposit and Invoice No. 331, but it has not made any other payments.

36.    ANP Holdings is in default under the Equipment Lease Agreement, entitling Illuminated Extractors to the cumulative remedies set forth in paragraph 10, including but not limited to, declaring the entire amount of rent immediately due and payable, which Illuminated Extractors is hereby doing.

37.    After application of the security deposit, Illuminated Extractors has sustained damages as described above in the total unpaid amount overdue of $31,443.84.

WHEREFORE, as to this Claim for Relief, Illuminated seeks an award of damages and the additional relief as applicable, set forth in its Prayer for Relief at the end of this Complaint, against ANP Holdings.

## PRAYER FOR RELIEF

Illuminated Extractors respectfully requests that the Court enter judgment in favor of Illuminated Extractors and against NT Ventures and ANP Holdings

**EXHIBIT A-1 000006**

and award the following relief:

    a. Actual, compensatory, and consequential damages in an amount to be proven at trial;

    b. costs;

    c. pre-judgment interest from the date of the first breach through judgment at 8% pursuant to C.R.S. § 5-12-102 or other applicable statutes;

    d. reasonable attorneys' fees;

    e. post-judgment interest at 8% pursuant to §§ 5-12-102 and 106 or other applicable statutes; and

    f. such other relief as the Court deems just and equitable.

Dated this 6th day of May 2020.

/s/Tracy A. Oldemeyer
Tracy A. Oldemeyer
*Attorney for Plaintiff*
*Illuminated Extractors Ltd.*

*Attorney's original signature on file at the Fort Collins office of Cline Williams Wright Johnson & Oldfather, LLP*

Plaintiff's Address (required by C.R.C.P. 11(a)):
832 E. Lincoln Ave Unit #2D
Fort Collins, CO 80521

4829-5653-2155, v. 2

7

**EXHIBIT A-1 000007**